**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JANSSEN BIOTECH, INC. *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-1754-PTG-LRV |
| ALVOTECH HF *et al.*, | ) | |
| Defendants. | ) | |

**ORDER GRANTING PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiffs Janssen Biotech, Inc. and Janssen Sciences Ireland UC's Motion for a Preliminary Injunction ("PI Motion"). For the reasons stated in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED:

1. The PI Motion is **GRANTED**.

2. Defendants Alvotech hf and Alvotech USA Inc., and their officers, partners, agents, servants, employees, parents, subsidiaries, divisions, affiliate corporations, other related business entities and all other persons acting in concert, participation, or in privity with them, and their successors and assigns, are enjoined from manufacturing in commercial quantities, using in commercial quantities, offering to sell, selling within the United States, or importing for commercial purposes into the United States the golimumab biosimilar product, AVT05.

3. Plaintiffs collectively shall post bond secured in the amount of $100,000,000 (One Hundred Million Dollars) on or before December 9, 2026, and shall provide Defendants with evidence in writing that the bond has been posted. The bond shall remain in effect until further Order of the Court.

4. Because the accompanying Memorandum Opinion is filed under seal, Plaintiffs and Defendants shall meet and confer and, not later than twenty-one (21) days after entry of the Memorandum Opinion, shall submit a joint proposed redacted version of the Memorandum Opinion accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire Memorandum Opinion.

Entered this 25th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge